DICAPRIO v. MENU FOODS INCOME FUND et al                                    Doc. 1 Att. 3
Case 2:05-md-01725-AMD   Document 233   Filed 05/30/2007   Page 1 of 1
Case 2:05-04702   Document 1-4   Filed 05/30/2007   Page 1 of 1

CIVIL COVERSHEET – ATTACHMENT

Attorneys for Plaintiff

Joseph S. Bellissimo, Esquire
Bellissimo & Peirce
P.O. Box 444
324 Sims Avenue
Ellwood City, PA  16117

(724) 758-5544

Robert N. Peirce, III, Esquire
Robert Peirce & Associates, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

(412) 281-7220

Defendants:  Menu Foods Income Fund, Menu Foods Inc., Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods Holdings, Inc.

{D0270786:1}