```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

     #  07004522  -  BS
        May 30, 2007

  Code    Case #    Qty     Amount

  CIVIL FI 07-734    1 @  350.00
                         350.00 CC

  TOTAL→            350.00


  FROM: LYNN BELL
        ONE GATEWAY CENTER
        PITTSBURGH PA 15222
```

Dockets.Justia.com