IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY DICAPRIO, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : No. 05-2025 <br> : |
| MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., a Delaware Corporation d/b/a WAL-MART SUPER CENTER STORE NO. 2287, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Menu Foods Holdings, Inc.,

a defendant in this matter, makes the following disclosure:

1.  Menu Foods Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Limited owns 10% or more of Menu Foods Holdings' stock.

2.  Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of business in North Sioux City, South Dakota. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods South Dakota Inc.'s stock.

3.  Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

{D0270811:1}

4. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

          By:    /s/ Lynn E. Bell, Esquire
                Davies McFarland & Carroll, P.C.
                One Gateway Center; 10th Floor
                Pittsburgh, PA 15222
                (412) 281-0737
                lbell@dmcpc.com
                PA I.D. #38588
                Attorney for MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC.,
                Five of the Defendants